# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-cr-00130 |
| v. ) | |
| ) | Judge Nixon |
| DAKOTA LATRACON CARVER ) | |

## ORDER

Pending before the Court are Defendant Dakota Latracon Carver's Motion for Leave to File Motions (Doc. No. 17); Motion to Continue Trial (Doc. No. 18); and Motion for Extension of Time to File Pretrial Motions (Doc. No. 20), all filed on October 22, 2012, by Ernest Henry Neels, III, Defendant's former counsel. The Court granted Mr. Neels's Motion to Withdraw as Counsel on October 22, 2012, and appointed the Federal Public Defender to represent Defendant. (Doc. No. 23.) As Mr. Neels no longer represents Defendant in this case, the Court **DENIES** Defendant's motions without prejudice. Defendant's newly appointed counsel may refile these motions after consultation with Defendant.

It is so ORDERED.

Entered this the 24th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT